# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | Case No. 16-61478 |
| Jennifer Ellen Lewis | ) | |
| | ) | Adversary No 19-06059 |
| | ) | Judge Russ Kendig |
| Debtors. | ) | |
| | ) | |
| | ) | |
| JENNIFER ELLEN LEWIS | ) | |
| 463 LINCOLN AVENUE NW | ) | |
| CARROLLTON OH 44615 | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| JOHNSON & WALES UNIVERSITY, | ) | |
| | ) | |
| Et al. | ) | |
| Defendants | ) | |

**Motion to File Documents under Seal (Exhibits)**

Now comes Plaintiff, and request this court permission to file their Exhibits to the Plaintiffs Brief in Opposition to Motion for Summary Judgment under seal. Plaintiff's Exhibits to the Brief contain Medical information which should not be made available on the court docket to be publicly accessible.

Submitted by:

/s/Nicole L. Rohr-Metzger
Nicole L. Rohr-Metzger (0078316)
Thrush & Rohr, L.L.C.
4930 Hills & Dales Rd., NW
Canton, Ohio 44708
(330)479-9494
(330)479-9585 fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | Case No. 16-61478 |
| Jennifer Ellen Lewis | ) | |
| | ) | Adversary No 19-06059 |
| | ) | Judge Russ Kendig |
| Debtors. | ) | |
| | ) | |
| | ) | |
| JENNIFER ELLEN LEWIS | ) | |
| 463 LINCOLN AVENUE NW | ) | |
| CARROLLTON OH 44615 | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| JOHNSON & WALES UNIVERSITY, | ) | |
| | ) | |
| Et al. | ) | |
| Defendants | ) | |

**NOTICE OF MOTION TO SEAL EXHIBITS**

Debtor has filed papers with the court to Seal the Exhibits for the Plaintiff's response to Motion for Summary Judgment.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.)**

If you do not want the court to extend time, or if you want the court to consider your views on the motion, then on or before **May 11, 2021** you or your attorney must:

File with the court a written response, explaining your position, and request a hearing, at:

  **U.S. Bankruptcy Court,**
  **Ralph Regula U.S. Courthouse,**
  **401 McKinley Ave SW, Canton, OH 44702**

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date state above.

You must also mail a copy to:

| | |
|---|---|
| Nicole L Rohr-Metzger | Dynele L. Schinker-Kuharich |
| Thrush & Rohr, L.L.C. | Office of the Chapter 13 Trustee |
| 4930 Hills & Dales Rd., NW | 200 Market Avenue N. Ste. LL30 |
| Canton, Ohio 44708 | Canton, Ohio 44702 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the motion to extend time and may enter an order granting that motion.

Date: April 27, 2021  Signature:  /s/Nicole L. Rohr-Metzger
                                  Name:  Nicole L. Rohr-Metzger
                                         4930 Hills & Dales Rd., NW
                                         Canton, Ohio 44708

### CERTIFICATE OF SERVICE

I, Nicole L. Rohr-Metzger, hereby certify that a true and accurate copy of the foregoing was sent by regular US Mail, postage prepaid, this 27th day of April, 2021, to the following individuals:

Jennifer Lewis 463 Lincoln Ave NW Carrollton OH 44615

I, Nicole L. Rohr-Metzger, hereby certify that a true and accurate copy of the foregoing was electronically transmitted on or about April 27, 2021 to the following who are listed on the Court's Electronic Mail Notice List:

- Nicole L. Rohr-Metzger    nicole@thrushandrohr.com, office@thrushandrohr.com;thrushrohr@gmail.com

- Milos Gvozdenovic on behalf of Creditor NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4
  mgvozdenovic@weltman.com, ecfndoh@weltman.com

  Milos Gvozdenovic on behalf of Creditor NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2
  mgvozdenovic@weltman.com, ecfndoh@weltman.com

  Steven J. Paffilas on behalf of Defendant Education Department
  steven.paffilas@usdoj.gov, USAOHN.BankruptcyCle@usa.doj.gov;CaseView.ECF@usdoj.gov

  Nicole L. Rohr-Metzger on behalf of Plaintiff Jennifer Ellen Lewis
  nicole@thrushandrohr.com, office@thrushandrohr.com;thrushrohr@gmail.com;r47567@notify.bestcase.com

- United States Trustee    (Registered address)@usdoj.gov


/s/Nicole L. Rohr-Metzger
Nicole L. Rohr-Metzger
Attorney for Debtors